```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB (SBN 166452)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099

 6  Attorneys for Cross-Defendants United States
    of America and Internal Revenue Service
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANDERSON, )<br>)<br>        Plaintiff, )<br>)<br>  v. )<br>)<br>DOUGLAS E. McKEE and RICK )<br>BRAGG, )<br>)<br>        Defendants. )<br>_____ )<br>)<br>RICK BRAGG, DOUGLAS E. McKEE )<br>and MARGIE H. McKEE, )<br>)<br>     Cross-Complainants, )<br>)<br>  v. )<br>)<br>GEORGE ANDERSON and J. ELAINE )<br>ANDERSON, individually and )<br>doing business as VALLEY WOOD )<br>PRODUCTS, COUNTY OF TULARE )<br>HEALTH & HUMAN SERVICES, )<br>COUNTY OF TULARE TAX )<br>COLLECTOR, UNITED STATES OF )<br>AMERICA, DEPARTMENT OF )<br>INTERNAL REVENUE, STATE OF )<br>CALIFORNIA EMPLOYMENT )<br>DEVELOPMENT DEPARTMENT, KINGS )<br>CREDIT SERVICES, ACCLAIM )<br>CREDIT TECHNOLOGIES, BRUCE )<br>EVANS PROPERTY MANAGEMENT, ) | 1:06-cv-01053-AWI-DLB<br><br>**EX PARTE REQUEST TO EXTEND**<br>**CROSS-DEFENDANTS' TIME TO**<br>**RESPOND TO CROSS-COMPLAINT AND**<br>**SUPPORTING DECLARATION;**<br>**ORDER THEREON** |

1

EX PARTE REQUEST TO EXTEND CROSS-DEFENDANTS' TIME TO RESPOND TO CROSS-
COMPLAINT AND SUPPORTING DECLARATION; [PROPOSED] ORDER THEREON

```
INC., dba EVANS PROPERTY      )
MANAGEMENT, LIVICK TRUCK & BUS)
REPAIR, NCCS, INC., dba NORTH )
COAST COLLECTION SERVICE,     )
PROVIDIAN NATIONAL BANK,      )
TUCOEMAS FEDERAL CREDIT UNION,)
and all persons unknown,      )
claiming any legal or         )
equitable right, title,       )
estate, lien, or interest in  )
the property described in the )
complaint adverse to          )
plaintiff's title, or any     )
cloud on cross-complainants'  )
title thereto, and DOES 1     )
through 1,000, inclusive,     )
                              )
          Cross-Defendants.   )
                              )
```

Cross-Defendants United States of America and Internal Revenue Service ("Cross-Defendants") request a 30-day extension of time to respond to the cross-complaint, filed by Cross-Complainants Rick Bragg, Douglas E. McKee and Margie H. McKee ("Cross-Complainants") in the Superior Court of California, County of Tulare, on February 24, 2006 and removed to this Court on August 9, 2006 (Doc. 1), based on the attached declaration of Cross-Defendants' counsel.  Since Cross-Defendants' response is currently due August 16, 2006, Cross-Defendants request an extension to September 15, 2006.[1]

---

[1] Nothing in this request is intended to constitute a waiver of any defense that may be asserted by Cross-Defendants.  Cross-Defendants specifically reserve all of their defenses and objections in this action, including without limitation their defenses and objections under Rules 4, 8 and 12 of the Federal Rules of Civil Procedure and under all other applicable laws and procedural rules.

2

EX PARTE REQUEST TO EXTEND CROSS-DEFENDANTS' TIME TO RESPOND TO CROSS-COMPLAINT AND SUPPORTING DECLARATION; [PROPOSED] ORDER THEREON

```
                                    Respectfully submitted,

Dated:  August 14, 2006.            McGREGOR W. SCOTT
                                    United States Attorney


                              By:   /s/Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney
                                    Attorneys for Cross-Defendants
                                    United States of America and
                                    Internal Revenue Service
```

DECLARATION OF KIMBERLY A. GAAB

I, Kimberly A. Gaab, pursuant to 28 U.S.C. § 1746, declare:

1.  I am an Assistant United States Attorney for the Eastern District of California and an attorney of record for Cross-Defendants United States of America and Internal Revenue Service. I have personal knowledge of the matters set forth herein, and if called upon to testify, could and would competently testify thereto.

2.  On July 10, 2006, the United States Attorney's Office was served with the cross-complaint, originally filed in Tulare County Superior Court. Cross-Defendants removed the action to this Court on August 9, 2006. Accordingly, Cross-Defendants' response to the cross-complaint is now due August 16, 2006.

3.  I telephoned Cross-Complaints' counsel Steven Williams on August 10, 2006, and left a message requesting a 30-day extension for Cross-Defendants to respond to the cross-complaint. Given the deadline to respond to the cross-complaint, I also requested Mr. Williams to contact me prior to August 14, 2006 if

he would agree to the request.  Mr. Williams has failed to contact me or otherwise agree to the request.

4.   An additional 30 days is need to respond to the cross-complaint to provide me and the Internal Revenue Services' Office of Chief Counsel time to review the cross-complaint and coordinate a response.  Additionally, between now and the August 16, 2006 deadline, I have several other matters to attend to, including a reply to a motion to dismiss being heard on an expedited schedule.

5.   In light of the foregoing, it is respectfully requested that the Court extend Cross-Defendants' time to respond to the cross-complaint by 30 days to September 15, 2006.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 14, 2006.


                                    /s/Kimberly A. Gaab
                                    KIMBERLY A. GAAB


## ORDER

IT IS SO ORDERED that Cross-Defendants' time to respond to the cross-complaint is extended to September 15, 2006.

IT IS SO ORDERED.

**Dated:   August 17, 2006**                **/s/ Dennis L. Beck**
3b142a                                      UNITED STATES MAGISTRATE JUDGE

4

EX PARTE REQUEST TO EXTEND CROSS-DEFENDANTS' TIME TO RESPOND TO CROSS-COMPLAINT AND SUPPORTING DECLARATION; [PROPOSED] ORDER THEREON