1

2

LEONARD C. HERR

3   DOOLEY, HERR & PELTZER
Attorneys at Law, LLP

4   100 Willow Plaza, Suite 300
Visalia, California  93291

5   Telephone:  (559) 636-0200

6   Attorneys for Plaintiffs/Cross-Defendants GEORGE ANDERSON and J. ELAINE ANDERSON
and Cross-Defendant MOUNTAIN HOME SPRING, INC.

7

STEVEN R. WILLIAMS

8   WILLIAMS, JORDAN & BRODERSEN, LLP
2222 W. Main Street

9   Visalia, CA  93291
Telephone:  (559) 635-9000

10

Attorneys for Defendants/Cross-Complainants RICK BRAGG, DOUGLAS E. McKEE and

11   MARGIE H. McKEE

12   McGREGOR W. SCOTT
United States Attorney

13   KIMBERLY A. GAAB
Assistant United States Attorney

14   2500 Tulare Street, Suite 4401
Fresno, CA  93721

15   Telephone:  (559) 497-4000

16   Attorneys for Cross-Defendants UNITED STATES OF AMERICA and INTERNAL REVENUE
SERVICE

17

KATHLEEN BALES-LANGE

18   County Counsel for the County of Tulare
TERESA A. SAUCEDO

19   Deputy County Counsel
2900 W. Burrel, County Civic Center

20   Visalia, CA  93291
Telephone:  (559) 733-6263

21

Attorneys for Cross-Defendants COUNTY OF TULARE HEALTH AND HUMAN SERVICES

22   AGENCY, erroneously sued herein as COUNTY OF TULARE HEALTH & HUMAN SERVICES
and COUNTY OF TULARE TAX COLLECTOR

23                                    **UNITED STATES DISTRICT COURT**

24                                    **EASTERN DISTRICT OF CALIFORNIA**

25

26   GEORGE ANDERSON,                          CASE NO:  1:06-cv-01053-AWI-DLB

27            Plaintiff,                       **STIPULATION FOR DISMISSAL OF
                                              THIRD CAUSE OF ACTION OF FIRST
28        v.                                  AMENDED CROSS-COMPLAINT; ORDER
                                              THEREON**

DOUGLAS E. McKEE and RICK BRAGG,

Williams, Jordan
& Brodersen LLP          Defendants.
2222 West Main St.
Visalia, CA 93291

Stipulation for Dismissal of Third Cause of Action of First Amended Cross-Complaint; Order Thereon

AND RELATED CROSS-ACTION.

**STIPULATION**

Plaintiff and Cross-Defendant George Anderson; Defendants and Cross-Complainants Douglas E. McKee and Rick Bragg; Cross-Complainant Margie H. McKee; Cross-Defendant J. Elaine Anderson; Cross-Defendant Mountain Home Spring, Inc.; Cross-Defendants United States of America and Internal Revenue Service ("United States"); and, Cross-Defendants County of Tulare Health and Human Services Agency, erroneously sued herein as County of Tulare Health & Human Services and County of Tulare Tax Collector, by and through their respective counsel hereby stipulate as follows:

1.      That Cross-Complainants Douglas E. McKee, Rick Bragg and Margie H. McKee shall dismiss the third cause of action (foreclosure) of the First Amended Cross-Complaint on file herein without prejudice.

2.      Since the only cause of action in which the United States is a named party in this matter is the third cause of action of the First Amended Cross-Complaint, the United States shall be dismissed from the action without prejudice.

3.      Since the only cause of action in which the County of Tulare Health and Human Services Agency and the County of Tulare Tax Collector are named parties in this matter is the third cause of action of the First Amended Cross-Complaint, the County of Tulare Health and Human Services Agency and the County of Tulare Tax Collector shall be dismissed from the action without prejudice.

Dated:  May 17, 2007                    DOOLEY HERR & PELTZER, LLP

By:  /s/ Leonard C. Herr
     LEONARD C. HERR
     Attorney for Plaintiff/Cross-Defendant GEORGE
     ANDERSON and ELAINE J. ANDERSON (erroneously
     sued herein as J. ELAINE ANDERSON) and Cross-
     Defendant MOUNTAIN HOME SPRING, INC.

Williams, Jordan
& Brodersen LLP
2222 West Main St.
Visalia, CA 93291

Stipulation for Dismissal of Third Cause of Action of First Amended Cross-Complaint; Order Thereon

1

2
Dated:  May 7, 2007                       WILLIAMS, JORDAN & BRODERSEN, LLP

3
                                          By:  /s/ Steven R. Williams
4                                              STEVEN R. WILLIAMS
                                               Attorney for Defendants/Cross-Complainants DOUGLAS
5                                              E. McKEE and RICK BRAGG and MARGIE H. McKEE

6
Dated:  May 7, 2007                       McGREGOR W. SCOTT
7                                         United States Attorney

8                                         By:  /s/ Kimberly A. Gaab
                                               KIMBERLY A. GAAB
9                                              Attorneys for Cross-Defendants UNITED STATES OF
                                               AMERICA and INTERNAL REVENUE SERVICE
10
Dated:  May 14, 2007                      KATHLEEN BALES-LANGE
11                                        Tulare County Counsel

12                                        By:  /s/ Teresa A. Saucedo
                                               TERESA A. SAUCEDO
13                                             Attorney for Cross-Defendants COUNTY OF TULARE
                                               HEALTH AND HUMAN SERVICES AGENCY and
14                                             COUNTY OF TULARE TAX COLLECTOR

15                                            **ORDER**

16          IT IS SO ORDERED THAT:

17          1.  The third cause of action (foreclosure) of the First Amended Cross-Complaint is

18   dismissed without prejudice; and

19          2.  Cross-Defendants United States of America and Internal Revenue Service are dismissed

20   from the action without prejudice.

21          3.  Cross-Defendants County of Tulare Health and Human Services Agency and County of

22   Tulare Tax Collector are dismissed from the action without prejudice.

23          IT IS SO ORDERED.

24
         **Dated:   May 21, 2007**                    /s/ Anthony W. Ishii
25                                               UNITED STATES DISTRICT JUDGE

26

27

28

Williams, Jordan
& Brodersen LLP
2222 West Main St.
Visalia, CA 93291

Stipulation for Dismissal of Third Cause of Action of First Amended Cross-Complaint; Order Thereon