Steven R. Williams  #73174
**WILLIAMS, JORDAN & BRODERSEN LLP**
2222 W. Main Street
Visalia, CA  93291
Telephone:  (559) 635-9000
Facsimile:    (559) 635-9085
e-mail: srw@wjblawyers.com

Attorneys for Defendants and Cross-complainants

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANDERSON, | ) |
| Plaintiff, | ) Case No.:   1:06-cv-01053 AWI-DLB |
| vs. | ) **STIPULATON FOR REMAND AND ORDER** |
| DOUGLAS E. McKEE and RICK BRAGG | ) |
| Defendants. | ) |
| AND RELATED CROSS-ACTION. | ) |

**STIPULATION**

Plaintiff, George Anderson; Defendant and Cross-complainant, Rick Bragg; Defendants and Cross-complainants, Douglas E. McKee and Margie H. McKee; Cross-

complainant, Mountain Spring Water, Inc.; and Cross-defendant, Mountain Home Spring, Inc. by and through their respective counsel stipulate as follows:

1. That this matter shall be remanded back to the Superior Court of the State of California in and for the County of Tulare forthwith.

2. That in the event the remand is not accomplished and the case is not assigned to a Superior Court Judge by July 19, 2007 Cross-complainants, Douglas E. McKee and Margie H. McKee agree not to notice a sale following expiration of the 90-day notice period until at least October 1, 2007.

Dated: May 21, 2007.

**WILLIAMS, JORDAN & BRODERSEN LLP**

By /S/ Steven R. Williams
Steven R. Williams   Attorneys for Defendants and Cross-complainants

**DOOLEY, HERR & PELTZER LLP**
By /S/ Leonard C. Herr
Leonard C. Herr   Attorneys for Plaintiff and Cross-defendants

**ORDER**

Based on the Parties' stipulation, and good cause appearing, the Court ORDERS that this action is REMANDED to the Superior Court of the State of California in and for the County of Tulare.

IT IS SO ORDERED.

Dated:   May 21, 2007              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE